**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RICHARD EVANS,<br>*INDIVIDUALLY AND AS ADMINISTRATOR OF*<br>*THE ESTATE OF MELISSA EVANS, DECEASED* | CIVIL ACTION |
| v.<br>PERPETUAL POOCH, LLC t/a<br>WHITE DOG CAFÉ<br>and<br>LUCKY DOG ENTERTPRISES LLC t/a<br>WHITE DOG CAFÉ | NO. 2:16-cv-00109 |

### STIPULATION FOR DISMISSAL OF PARTY

It's hereby stipulated by Timothy R. Hough, Counsel for Plaintiff, and Steven Caren, counsel for Defendant. That upon representation of counsel for Defendant's that Defendant, Lucky Dog Enterprises, LLC t/a White Dog Café is the proper party Defendant in the above matter and that Perpetual Pooch, LLC was not at any point Decedent's employer and that Perpetual Pooch, LLC should therefore be dismissed from the action with prejudice.

_____
TIMOTHY R. HOUGH
Attorney for Plaintiff

Date: 6/27/16

_____
STEVEN M. COREN
Attorney for Defendant

Date: 6-28-16

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD EVANS,<br>INDIVIDUALLY AND AS ADMINISTRATOR OF<br>THE ESTATE OF MELISSA EVANS, DECEASED<br><br>v.<br><br>PERPETUAL POOCH, LLC t/a<br>WHITE DOG CAFÉ<br>and<br>LUCKY DOG ENTERTPRISES LLC t/a<br>WHITE DOG CAFÉ | CIVIL ACTION<br><br>NO. 2:16-cv-00109 |

### Order

This _____ day of _____ the foregoing stipulation is hereby approved by the Court and Perpetual Pooch, LLC is hereby dismissed from the above action with prejudice.

BY THE COURT:

_____
Legrome D. Davis, J.