UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD EVANS,<br>*INDIVIDUALLY AND AS ADMINISTRATOR OF*<br>*THE ESTATE OF MELISSA EVANS, DECEASED* | CIVIL ACTION |
| v.<br>PERPETUAL POOCH, LLC t/a<br>WHITE DOG CAFÉ<br>and<br>LUCKY DOG ENTERTPRISES LLC t/a<br>WHITE DOG CAFÉ | NO. 2:16-cv-00109 |

### Order

This ___29th___ day of ___June___ the foregoing stipulation is hereby approved by the Court and Perpetual Pooch, LLC is hereby dismissed from the above action with prejudice.

BY THE COURT:

/s/ Legrome D. Davis

_____
Legrome D. Davis, J.