UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RICHARD EVANS, Individually,
and as Administrator of the
Estate of MELISSA EVANS, deceased

CIVIL ACTION

NO. 16-cv-0109

v.

LUCKY DOG ENTERPRISES LLC,
t/a WHITE DOG CAFE

OCT 26 2017

## ORDER

AND NOW, this 25 day of Oct-, 2017, upon consideration of the Motion for Approval of Settlement of the above-captioned matter, it is hereby ORDERED and DECREED that the proposed settlement between the parties in the amount of Fifteen Thousand ($15,000.00) Dollars is approved and the distribution of these funds is directed as follows:

a) To Richard Evans, as Administrator of the Estate of Melissa Evans, to be thereafter properly distributed by the Administrator in accord with the Intestate Code of Pennsylvania: $9,580.82

b) To JAFFE & HOUGH, P.C., for reimbursement of costs: $ 629.50

c) To JAFFE & HOUGH, P.C., for attorneys fees: $4,789.68

By the Court:

THE HONORABLE C. DARNELL JONES, II
United States District Judge